# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELLEN ZAFFIS,**

        **Plaintiff,**

**-vs-**                                                                 **Case No. 6:06-cv-385-Orl-31DAB**

**CITY OF ALTAMONTE SPRINGS,**
**FLORIDA and DAVID ARCHAMBAULT,**

        **Defendants.**

_____

## ORDER

Upon consideration of Defendant Altamonte Springs' Motion to Dismiss (Doc 9) and Plaintiff's response thereto (Doc. 26), the Court finds that Plaintiff has alleged facts sufficient to state a viable claim against Altamonte Springs for violation of Plaintiff's Fourth Amendment rights, pursuant to 42 U.S.C. Sec. 1983. Accordingly, it is

**ORDERED** that Defendant's Motion is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 15, 2006.

                                                                         GREGORY A. PRESNELL
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party