**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELLEN ZAFFIS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　Case No. 6:06-cv-385-Orl-31DAB

**CITY OF ALTAMONTE SPRINGS,**
**FLORIDA and DAVID ARCHAMBAULT,**

        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION TO RECONSIDER SANCTIONS PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 37 (Doc. No. 44)**
>
> **FILED:** October 26, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part**.

Following Plaintiff's failure to respond to discovery for more than thirty days after the responses were due, Defendants moved to compel and for sanctions (Doc. No. 41), which the Court granted when Plaintiff failed to respond. Doc. No. 42. The Court ordered Plaintiff to respond to discovery and pay sanctions of $250.00 per Defendant for the costs incurred in bringing the motion to compel. Doc. No. 42.

Plaintiff's counsel, Ronald J. Kurpiers, II, has filed this Motion for Reconsideration, arguing that circumstances amounting to excusable neglect prevented him from responding promptly. Counsel states that his partner, Patrick Harland, Jr. left the law firm unexpectedly on July 15, 2006, which left no one in the office to handle daily affairs. Doc. No. 44 ¶ 5. Counsel started a criminal trial in federal court in Tampa on July 5, 2006 lasting more than three months, with the jury returning a verdict on October 26, 2006. Doc. No. 44 ¶ 3. Also in August 2006, his office relocated from St. Petersburg to Tampa. Doc. No. 44 ¶ 6.

While counsel's extended criminal trial is an extenuating circumstance, he should have established better communication with opposing counsel and better coverage for his practice. It is **ORDERED** that the payment of the sanctions is **suspended**, to be revisited at the close of discovery.

**DONE** and **ORDERED** in Orlando, Florida on December 20, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record