# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELLEN ZAFFIS,**

                    **Plaintiff,**

**-vs-**                                            **Case No. 6:06-cv-385-Orl-31DAB**

**CITY OF ALTAMONTE SPRINGS,**
**FLORIDA and DAVID ARCHAMBAULT,**

                    **Defendants.**

_____

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION TO PERMIT RELEVANT DISCOVERY [OF PSYCHOLOGICAL TREATMENT RECORDS AND MEDICAL RECORDS FROM PRE-JULY 2000] (Doc. No. 54)** |
| **FILED:** | **April 3, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED in part**.

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S SECOND MOTION FOR PROTECTIVE ORDER [OF PSYCHOLOGICAL TREATMENT RECORDS AND MEDICAL RECORDS FROM PRE-JULY 2000] (Doc. No. 55)** |
| **FILED:** | **April 3, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED in part**.

> **MOTION:** MOTION TO COMPEL BETTER DISCOVERY RESPONSES & SIGNED HIPAA AUTHORIZATIONS [DIRECTED TO DCF AND GROVE COUNSELING CENTER] OR, IN THE ALTERNATIVE, MOTION FOR SANCTIONS, AND ATTORNEY'S FEES (Doc. No. 64)
>
> **FILED:** April 13, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part as to Grove Counseling Center and DENIED as moot as to DCF records for which Plaintiff's HIPAA release is insufficient**. *See* Doc. No. 65.

At the hearing on April 17, 2007, the parties agreed that medical records concerning Plaintiff's previous breast surgery would be discoverable. With regard to Plaintiff's psychological treatment records, a sufficient showing has been made that the records going back to 1989 are discoverable. To the extent medical records exist that relate directly to Plaintiff's psychological treatment, such records are also discoverable from 1989 to present.

Plaintiff is **ORDERED** to provide to Defendants with the appropriate signed HIPAA Releases consistent with this Order by April 23, 2007. In addition, Plaintiff is **ORDERED** to provide Defendants with copies of all tax returns produced to date by April 23, 2007. Defendant is **ORDERED** to provide to Plaintiff by April 23, 2007 copies of all of Plaintiff's medical records previously received in discovery to date **and** all those received in the future within three business days of receipt.

> **MOTION:** MOTION TO SHORTEN TIME FOR PLAINTIFF TO RESPOND TO THIRD SET OF INTERROGATORIES [CONCERNING "VINNY'S" IDENTITY] (Doc. No. 63)
>
> **FILED:** April 13, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

**MOTION:** **DEFENDANT CITY OF ALTAMONTE SPRINGS' MOTION FOR SANCTIONS (Doc. No. 66)**

**FILED:** April 13, 2007

_____

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot. *See* Doc. No. 68.

**MOTION:** **DEFENDANT CITY OF ALTAMONTE SPRINGS' MOTION FOR SANCTIONS AND/OR MOTION TO COMPEL AND REQUEST FOR AWARD OF ATTORNEY'S FEES (Doc. No. 67)**

**FILED:** April 13, 2007

_____

**THEREON** it is **ORDERED** that the Motion to Compel is **GRANTED** in part as to Plaintiff's address. Plaintiff is **ORDERED** to provide her address by April 23, 2007. **It is further ORDERED that the individual officers involved in the incident which is the basis of this lawsuit are NOT to contact Plaintiff or visit her residence.** To the extent the Motion sought to compel information regarding Plaintiff's 1995 sexual assault, it is **DENIED.**

**MOTION:** **DEFENDANT CITY OF ALTAMONTE SPRINGS' AMENDED MOTION FOR SANCTIONS (Doc. No. 68)**

**FILED:** April 13, 2007

_____

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part. Plaintiff will provide responses by April 23, 2007 to Interrogatory Nos. 8, 12, 15. Plaintiff is **ORDERED** to supplement her response to Interrogatory No. 16 by May 1, 2007.

**MOTION:** **DEFENDANT CITY OF ALTAMONTE SPRINGS' MOTION FOR IN CAMERA REVIEW (Doc. No. 65)**

**FILED:** April 13, 2007

_____

**THEREON** it is **ORDERED** that the motion is **DENIED**. The motion does not specify or adequately describe the documents being sought from the Department of Children and Families.

**DONE** and **ORDERED** in Orlando, Florida on April 18, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record