# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELLEN ZAFFIS,**

              **Plaintiff,**

**-vs-**                                       **Case No.  6:06-cv-385-Orl-31DAB**

**CITY OF ALTAMONTE SPRINGS,**
**FLORIDA and DAVID ARCHAMBAULT,**

              **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **JOINT MOTION TO STRIKE WITNESSES AND EXCLUDE TRIAL TESTIMONY (Doc. No. 95)**
>
> **FILED:**      **June 29, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion as to striking witnesses is **DENIED** as unnecessary; and as to sanctioning the witnesses for failure to appear, it is **DENIED** for failure to give them notice.

Defendants seek to strike two witness, Plaintiff Ellen Zaffis's parents Frank and Theresa[1] Zaffis, from Plaintiff's witness list at trial for their failure to appear at their properly scheduled depositions.  Plaintiff's counsel does not oppose striking Frank and Theresa Zaffis from the witness

---

[1]Defendants inadvertently refer to "Frank and *Ellen* Zaffis" in the prayer for relief section of the Motion. Doc. No. 95 at 2.  The Court believes Defendants meant "Frank and Theresa Zaffis."

list or refraining from calling them as witnesses at the trial.  Thus, it appears that there is an agreement to strike them from the witness list for trial, and an order is unnecessary.

As to sanctions for the Zaffises' failure to appear, Defendants have not given the witnesses notice that sanctions were sought against them, according to the certificate of service; therefore, that portion of the Motion is also denied.

**DONE** and **ORDERED** in Orlando, Florida on July 3, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record